UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
YUDEL RODRIGUEZ AND                        Case No. 11-44410-RAM
ELIZABETH LOPEZ
    Debtors
_____/           Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 14TH day of March 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Citibank, N.A.
Attn: Eugene McQuade, CEO
3900 Paradise Road
Suite 127
Las Vegas, NV 89109

CitiMortgage, Inc.                              CitiMortgage, Inc.
c/o Vikram S. Pandit, CEO                       CT Corporation System, R.A.
399 Park Avenue                                 1200 S. Pine Island Road
New York, NY 10022                              Plantation FL 33324