**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-44410-RAM**

☐ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Yudel Rodriguez                                              CO-DEBTOR: Elizabeth L. Claro
Last Four Digits of SS# xxx-xx-4525                         Last Four Digits of SS# xxx-xx-1553

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ 399.12 for months 1 to 60 ;
  B.  $_____ for months ____ to ____;
  C.  $_____ for months ____ to ____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,650.00 + $600.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $2,000.00
                  Balance Due      $ 2,250.00   payable $ 187.50  month (Months  1  to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                       Arrearage on Petition Date $_____
Address _____                    Arrears Payment $_____/month (Months ____ to ___)
        _____                    Arrears Payment $_____/month (Months ____ to ___)
        _____                    Regular Payment $_____/month (Months ____ to ___)

2. _____                         Arrears Payment $_____
   _____                         Arrears Payment $_____/month (Months ____ to ___)
   _____                         Regular Payment $_____/month (Months ____ to ___)
                                             Arrears Payment $_____/month (Months ____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| CitiBank (Loan #xxxxxxx0386) Prop Add: 12520 N Miami Ave North Miami, FL 33168 | $87,221.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____                     Total Due $_____
                                             Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 171.71 month (Months  1  to  12 ). Pay $359.21/mo (Mos 13 to 60

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Chase Bank (Loan#xxxx5827) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtors
Date: 03/14/12